

NUMBERS 13-14-00169-CR & 13-14-00170-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARKUS A. GREEN, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On Appeal from the 24th District Court
of DeWitt County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam

Appellant, Markus A. Green, proceeding pro se, filed notices of appeals on March 17, 2014 from trial court cause numbers 90-1-7951 & 90-1-7951-A, docketed in our appellate cause number 13-14-00169-CR, and trial court cause numbers 90-1-7952 & 90-1-7952-A, docketed in our appellate cause number 13-14-00170-CR. He has now filed a motion to dismiss these appeals because he no longer desires to prosecute them.

*See* TEX. R. APP. P. 42.2(a).  Appellant's motion to dismiss also erroneously references an appellate cause number that does not exist, 13-14-00168-CR, and an appellate cause number that belongs to a different appellant, 13-14-00171-CR, *Michael David Ramirez aka Michael Ramirez aka David Michael Ramirez v. State of Texas*.

The Court, having examined and fully considered appellant's pro se motion to voluntarily dismiss his appeals, is of the opinion that the motion should be dismissed as moot, in part, and granted, in part.  To the extent that appellant's motion to dismiss concerns inapplicable cause numbers, we DISMISS the motion as moot.  To the extent that appellant's motion addresses his appellate cause numbers 13-14-00169-CR and 13-14-00170-CR, without passing on the merits of these cases, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeals.  Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of April, 2014.